Exhibit B

## Claim Chart for Schneider Electric USA, Inc.
### U.S. Pat. No. 7,233,256

Schneider Electric's 902 MHz Ceiling Mounted Occupancy Sensor

| US7233256 - Claim | Evidence |
|---|---|
| 1. An activation system, comprising<br>a receiving device (1) for receiving an activation signal (SIGA); | The accused system is an activation system which activates an intrusion alarm. The system comprises a receiving device (e.g., an optical device such as an optical filter or Lens) which receives an activation signal (e.g., an IR signal).<br><br><br><br>https://www.schneider-electric.us/en/download/document/SDS-SED-CMS-U-5045-A4/ |

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>

# EnOcean 902 MHz

## Wireless Ceiling Mounted
## Occupancy Sensor SED-CMS

The energy harvesting EnOcean® Wireless Ceiling Mounted Occupancy Sensor enables energy saving control for unoccupied rooms, hallways and other common areas. It can communicate wirelessly with other EnOcean-enabled products and can be integrated into SmartStruxure and SmartStruxure Lite solutions.



https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4

**Claim Chart for Schneider Electric USA, Inc.**
U.S. Pat. No. 7,233,256



Saving energy without sacrificing comfort can be effortless with occupancy based controls.

The Wireless Ceiling Mounted Occupancy Sensor harvests energy from indoor light and uses radio frequency technology to communicate wirelessly with other EnOcean-enabled devices, lowering temperature and turning off lights and electrical loads when it detects that a space has been unoccupied for a set period of time. The sensor features clean contemporary styling, making it an attractive addition that's sure to compliment any décor.

**Features and Benefits**

- **Interoperable.** Communicates wirelessly with other devices using the EnOcean wireless standard
- **Self-powered.** Integrated solar cell harvests indoor light to power the device and eliminates the need for wires or batteries
-   PIR motion sensor with 360 degree viewing angle lens for maximum efficiency in different room settings.
- Two molded buttons with LED indicator lights can be used to link and configure the device
- Internal tray accommodates supplemental coin cell battery for use in low light environments

https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4

**Claim Chart for Schneider Electric USA, Inc.**
**U.S. Pat. No. 7,233,256**

## Specifications

**Dimensions (Sensor)**
6.5" H x 2.36" W x 1.47" D
(160mm x 60mm x 37mm)
**Mounting Height**
7 - 10 feet (2 - 3m) recommended
**Power Supply**
Indoor light energy harvesting
Optional: supplemental battery or 2-wire
connector for external power or remote
solar cell (3 - 5 VDC)
**RF Communications**
EnOcean 902 MHz
**Transmission Range**
80ft. (25m)
**Motion Detection Range**
40ft. (12m) diameter (refer to coverage
diagrams)
**Minimum Operating Light**
50 lux (for auto-off only)
**Startup Charge Times\* (from empty)**
Linking =  4 min @ 100 lux
              1.5 min @ 200 lux
Motion Transmission = 6 min @ 100 lux
                          3.5 min @ 200 lux
Light/Walk Test Modes = 5.5 hrs @ 200 lux
**Charge Time to Full**
9 hrs @ 200 lux
**Sustaining Charge Time**
3 hours per 24 hours @ 200 lux
**Motion Transmission Interval**
2 minutes
**Unoccupied Transmission**
10 and 30 minutes since last motion detec-
tion

**Heartbeat Transmission**
default = disabled / enabled = 1 hr
intervals
**Operating Life in Darkness**
48 hours (after full charge)
**Supplemental Battery Life**
Continuous battery-free operation
standard
Infrequent Bright Light
20 yrs (with 200 lux for 2 hrs/day,
5 days/week)
Consistent Low Light
15 yrs (with 50 lux for 5 hrs/day,
7 days/week)
Total Darkness

6.5 yrs
**EEP (EnOcean**
**Equipment Profile)**
A5-07-01
**Agency Compliance**
902 MHz: Contains
FCC: SZV-STM300U
IC: 5713A-STM300U

\* Specified lux values are for typical fluo-
rescent lighting. Lux level requirements for
LED and other types may vary. For lux unit
reference, national standards often require
a minimum of 300+ lux for office areas.

 Check with your local govern-
ment for instruction on disposal
of these products.

https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>

| | |
|---|---|
| | **Typical Applications**<br><br>Self-powered wireless occupancy sensors are the perfect energy saving solution for any space where traffic patterns or occupancy determine the need to power the space. Install the occupancy sensors in guest rooms, living spaces, common areas or hallways and link them with a HVAC setback module, thermostat or in-line switch module to ensure that the HVAC, lights and other electronic loads are only on when they are needed.<br><br>**Integration**<br><br>EnOcean devices can be wirelessly integrated to SmartStruxure solution and SmartStruxure Lite solution using EnOcean-enables MPM devices. MPM devices support many EnOcean frequencies. Make sure you have selected the right model for this application.<br><br>https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4 |

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>

## PIR MOVEMENT-DETECTING SYSTEMS

IR light-beam alarms are active IR units that react to an artificially-generated source of IR radiation. Passive IR (PIR) alarms, on the other hand, react to naturally generated IR radiation such as the heat-generated IR energy radiated by the human body, and are widely used in modern security systems.



**FIGURE 17.** Basic PIR detector usage circuit.

http://www.nutsvolts.com/magazine/article/light-sensitive-circuits

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>



## Lenses

PIR sensors are rather generic and for the most part vary only in price and sensitivity. Most of the real magic happens with the optics. This is a pretty good idea for manufacturing: the PIR sensor and circuitry is fixed and costs a few dollars. The lens costs only a few cents and can change the breadth, range, sensing pattern, very easily.

In the diagram up top, the lens is just a piece of plastic, but that means that the detection area is just two rectangles. Usually we'd like to have a detection area that is much larger. To do that, we use a simple lens such as those found in a camera: they condenses a large area (such as a landscape) into a small one (on film or a CCD sensor). For reasons that will be apparent soon, we would like to make the PIR lenses small and thin and moldable from cheap plastic, even though it may add distortion. For this reason the sensors are actually Fresnel lenses:

https://learn.adafruit.com/pir-passive-infrared-proximity-motion-sensor/how-pirs-work

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>

| | |
|---|---|
| | **Pyroelectric Infrared Sensors**<br><br>A pyroelectric sensor is made of ceramic material that generates a surface charge when exposed to infrared radiation. As the amount of radiation changes, so does the charge. Being a high impedance signal, a FET is used to buffer this potential as shown in Figure 1.<br><br>Figure 1 Pyroelectric Charge Measured with a FET<br><br><br><br>This sensor is sensitive to a wide range of radiation. To optimize human detection, an optical filter is added to limit the incoming radiation wavelength to a range of 5m to 14m. It is shown in Figure 2 with an external resistor to convert the FET current to a voltage.<br><br>Figure 2 Single Element Pyroelectric Detector |
| an activation circuit (4) for activating an electric circuit (5); and | The accused system comprises an activation circuit (e.g., the hardware component of the accused product which executes signal processing algorithm pertaining to motion detection) for activating an electric circuit (e.g., an Alarm/LED circuit). |

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>



https://www.schneider-electric.us/en/download/document/SDS-SED-CMS-U-5045-A4/

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>

# EnOcean 902 MHz
Wireless Ceiling Mounted
Occupancy Sensor SED-CMS

The energy harvesting EnOcean® Wireless Ceiling Mounted
Occupancy Sensor enables energy saving control for
unoccupied rooms, hallways and other common areas. It can
communicate wirelessly with other EnOcean-enabled products
and can be integrated into SmartStruxure and SmartStruxure
Lite solutions.



https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4

## Claim Chart for Schneider Electric USA, Inc.
### U.S. Pat. No. 7,233,256



Saving energy without sacrificing comfort can be effortless with occupancy based controls.

The Wireless Ceiling Mounted Occupancy Sensor harvests energy from indoor light and uses radio frequency technology to communicate wirelessly with other EnOcean-enabled devices, lowering temperature and turning off lights and electrical loads when it detects that a space has been unoccupied for a set period of time. The sensor features clean contemporary styling, making it an attractive addition that's sure to compliment any décor.

**Features and Benefits**

- **Interoperable**. Communicates wirelessly with other devices using the EnOcean wireless standard
- **Self-powered**. Integrated solar cell harvests indoor light to power the device and eliminates the need for wires or batteries
-   PIR motion sensor with 360 degree viewing angle lens for maximum efficiency in different room settings.
- Two molded buttons with LED indicator lights can be used to link and configure the device
- Internal tray accommodates supplemental coin cell battery for use in low light environments

https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>



## Specifications

**Dimensions (Sensor)**
6.5" H x 2.36" W x 1.47" D
(160mm x 60mm x 37mm)
**Mounting Height**
7 - 10 feet (2 - 3m) recommended
**Power Supply**
Indoor light energy harvesting
Optional: supplemental battery or 2-wire
connector for external power or remote
solar cell (3 - 5 VDC)
**RF Communications**
EnOcean 902 MHz
**Transmission Range**
80ft. (25m)
**Motion Detection Range**
40ft. (12m) diameter (refer to coverage
diagrams)
**Minimum Operating Light**
50 lux (for auto-off only)
**Startup Charge Times* (from empty)**
Linking = 4 min @ 100 lux
          1.5 min @ 200 lux
Motion Transmission = 6 min @ 100 lux
                      3.5 min @ 200 lux
Light/Walk Test Modes = 5.5 hrs @ 200 lux
**Charge Time to Full**
9 hrs @ 200 lux
**Sustaining Charge Time**
3 hours per 24 hours @ 200 lux
**Motion Transmission Interval**
2 minutes
**Unoccupied Transmission**
10 and 30 minutes since last motion detec-
tion

**Heartbeat Transmission**
default = disabled / enabled = 1 hr
intervals
**Operating Life in Darkness**
48 hours (after full charge)
**Supplemental Battery Life**
Continuous battery-free operation
standard
Infrequent Bright Light
20 yrs (with 200 lux for 2 hrs/day,
5 days/week)
Consistent Low Light
15 yrs (with 50 lux for 5 hrs/day,
7 days/week)
Total Darkness

6.5 yrs
**EEP (EnOcean**
**Equipment Profile)**
A5-07-01
**Agency Compliance**
902 MHz: Contains
FCC: SZV-STM300U
IC: 5713A-STM300U

* Specified lux values are for typical fluo-
rescent lighting. Lux level requirements for
LED and other types may vary. For lux unit
reference, national standards often require
a minimum of 300+ lux for office areas.

Check with your local govern-
ment for instruction on disposal
of these products.

https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>

| | |
|---|---|
| | **Typical Applications**<br><br>Self-powered wireless occupancy sensors are the perfect energy saving solution for any space where traffic patterns or occupancy determine the need to power the space. Install the occupancy sensors in guest rooms, living spaces, common areas or hallways and link them with a HVAC setback module, thermostat or in-line switch module to ensure that the HVAC, lights and other electronic loads are only on when they are needed.<br><br>**Integration**<br><br>EnOcean devices can be wirelessly integrated to SmartStruxure solution and SmartStruxure Lite solution using EnOcean-enables MPM devices. MPM devices support many EnOcean frequencies. Make sure you have selected the right model for this application.<br><br>https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4 |
| at least one pyroelectric element (3) connected to the receiving device (1) and the activation circuit (4), said at least one pyroelectric element producing a voltage that actuates said activation circuit (4) when heated by the activation signal from said receiving device. | The accused system comprises at least one pyroelectric element which is connected to the receiving device (e.g., an optical device such as an optical filter or Lens) and the activation circuit (e.g., the hardware component of the accused product which executes signal processing algorithm pertaining to motion detection), said at least one pyroelectric element producing a voltage that actuates said activation circuit when heated by the activation signal (e.g., an IR signal) from said receiving.<br><br>When the accused system receives an IR signal (i.e., an intruder presence), pyroelectric elements get heated by IR radiation, so it generates sufficient voltage to actuate the activation circuit (e.g., the hardware component of the accused product which executes signal processing algorithms pertaining to motion detection) for activating an electric circuit (e.g., the alarm circuit/LED Circuit) to generate an alarm signal. |

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>



https://www.schneider-electric.us/en/download/document/SDS-SED-CMS-U-5045-A4/

**Claim Chart for Schneider Electric USA, Inc.**
U.S. Pat. No. 7,233,256

# EnOcean 902 MHz

## Wireless Ceiling Mounted Occupancy Sensor SED-CMS

The energy harvesting EnOcean® Wireless Ceiling Mounted Occupancy Sensor enables energy saving control for unoccupied rooms, hallways and other common areas. It can communicate wirelessly with other EnOcean-enabled products and can be integrated into SmartStruxure and SmartStruxure Lite solutions.



https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>



Saving energy without sacrificing comfort can be effortless with occupancy based controls.

The Wireless Ceiling Mounted Occupancy Sensor harvests energy from indoor light and uses radio frequency technology to communicate wirelessly with other EnOcean-enabled devices, lowering temperature and turning off lights and electrical loads when it detects that a space has been unoccupied for a set period of time. The sensor features clean contemporary styling, making it an attractive addition that's sure to compliment any décor.

**Features and Benefits**

- **Interoperable**. Communicates wirelessly with other devices using the EnOcean wireless standard
- **Self-powered**. Integrated solar cell harvests indoor light to power the device and eliminates the need for wires or batteries
- PIR motion sensor with 360 degree viewing angle lens for maximum efficiency in different room settings.
- Two molded buttons with LED indicator lights can be used to link and configure the device
- Internal tray accommodates supplemental coin cell battery for use in low light environments




https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4

**Claim Chart for Schneider Electric USA, Inc.**

**U.S. Pat. No. 7,233,256**

## Specifications

**Dimensions (Sensor)**
6.5" H x 2.36" W x 1.47" D
(160mm x 60mm x 37mm)
**Mounting Height**
7 - 10 feet (2 - 3m) recommended
**Power Supply**
Indoor light energy harvesting
Optional: supplemental battery or 2-wire
connector for external power or remote
solar cell (3 - 5 VDC)
**RF Communications**
EnOcean 902 MHz
**Transmission Range**
80ft. (25m)
**Motion Detection Range**
40ft. (12m) diameter (refer to coverage
diagrams)
**Minimum Operating Light**
50 lux (for auto-off only)
**Startup Charge Times\* (from empty)**
Linking =  4 min @ 100 lux
           1.5 min @ 200 lux
Motion Transmission = 6 min @ 100 lux
                      3.5 min @ 200 lux
Light/Walk Test Modes = 5.5 hrs @ 200 lux
**Charge Time to Full**
9 hrs @ 200 lux
**Sustaining Charge Time**
3 hours per 24 hours @ 200 lux
**Motion Transmission Interval**
2 minutes
**Unoccupied Transmission**
10 and 30 minutes since last motion detec-
tion

**Heartbeat Transmission**
default = disabled / enabled = 1 hr
intervals
**Operating Life in Darkness**
48 hours (after full charge)
**Supplemental Battery Life**
Continuous battery-free operation
standard
Infrequent Bright Light
20 yrs (with 200 lux for 2 hrs/day,
5 days/week)
Consistent Low Light
15 yrs (with 50 lux for 5 hrs/day,
7 days/week)
Total Darkness

6.5 yrs
**EEP (EnOcean
Equipment Profile)**
A5-07-01
**Agency Compliance**
902 MHz: Contains
FCC: SZV-STM300U
IC: 5713A-STM300U

\* Specified lux values are for typical fluo-
rescent lighting. Lux level requirements for
LED and other types may vary. For lux unit
reference, national standards often require
a minimum of 300+ lux for office areas.

 Check with your local govern-
ment for instruction on disposal
of these products.

https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4

**Claim Chart for Schneider Electric USA, Inc.**
U.S. Pat. No. 7,233,256

| | |
|---|---|
| | **Typical Applications** <br><br> Self-powered wireless occupancy sensors are the perfect energy saving solution for any space where traffic patterns or occupancy determine the need to power the space. Install the occupancy sensors in guest rooms, living spaces, common areas or hallways and link them with a HVAC setback module, thermostat or in-line switch module to ensure that the HVAC, lights and other electronic loads are only on when they are needed. <br><br> **Integration** <br><br> EnOcean devices can be wirelessly integrated to SmartStruxure solution and SmartStruxure Lite solution using EnOcean-enables MPM devices. MPM devices support many EnOcean frequencies. Make sure you have selected the right model for this application. <br><br> https://download.schneider-electric.com/files?p_enDocType=Technical+leaflet&p_File_Name=SDS-SED-CMS-U-5045.pdf&p_Doc_Ref=SDS-SED-CMS-U-5045-A4 |

**Claim Chart for Schneider Electric USA, Inc.**
U.S. Pat. No. 7,233,256

# PIR MOVEMENT-DETECTING SYSTEMS

IR light-beam alarms are active IR units that react to an artificially-generated source of IR radiation. Passive IR (PIR) alarms, on the other hand, react to naturally generated IR radiation such as the heat-generated IR energy radiated by the human body, and are widely used in modern security systems.



FIGURE 17. Basic PIR detector usage circuit.

http://www.nutsvolts.com/magazine/article/light-sensitive-circuits

**Claim Chart for Schneider Electric USA, Inc.**
<u>U.S. Pat. No. 7,233,256</u>

| | |
|---|---|
| | The basic action of the **Figure 17** PIR detector is such that, when a human body is within the visual field of the pyroelectric elements, part of that body's radiated IR energy falls on the surfaces of the elements and is converted into small but detectable variations in surface temperature and corresponding variations in the output voltage of each element.<br><br>If the human body (or other source of IR radiation) is stationary in front of the detector's lens under this condition, the two elements generate identical output voltages and the unit's final 'difference' output is thus zero, but if the body is moving while in front of the lens, the two elements generate different output voltages and the unit produces a varying output voltage.<br><br>Thus, when the PIR unit is wired as shown in the **Figure 17** basic usage circuit, this movement-inspired voltage variation is made externally available via the buffering JFET and DC-blocking capacitor C1 and can — when suitably amplified and filtered — be used to activate an alarm or other mechanism when a human body movement is detected.<br><br>http://www.nutsvolts.com/magazine/article/light-sensitive-circuits |

## Claim Chart for Schneider Electric USA, Inc.
### U.S. Pat. No. 7,233,256

### Pyroelectric Infrared Sensors

A pyroelectric sensor is made of ceramic material that generates a surface charge when exposed to infrared radiation. As the amount of radiation changes, so does the charge. Being a high impedance signal, a FET is used to buffer this potential as shown in Figure 1.

Figure 1 Pyroelectric Charge Measured with a FET



This sensor is sensitive to a wide range of radiation. To optimize human detection, an optical filter is added to limit the incoming radiation wavelength to a range of 5m to 14m. It is shown in Figure 2 with an external resistor to convert the FET current to a voltage.

Figure 2 Single Element Pyroelectric Detector