IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PINEK IP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-736 (LPS) |
| | ) |
| SCHNEIDER ELECTRIC USA, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| /s/ Stamatios Stamoulis | /s/ Jack B. Blumenfeld |
| | |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| Richard C. Weinblatt (#5080) | 1201 North Market Street |
| 800 North West Street, Third Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 658-9200 |
| stamoulis@swdelaw.com | jblumenfeld@mnat.com |
| weinblatt@swdelaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

August 13, 2019

SO ORDERED this _____ day of August, 2019.

_____
Chief District Court Judge